*D. Mace,* for the state.

———•••———

AKER v. THE STATE.

APPEAL from the *Randolph* Court of Common Pleas. <span style="float:right">*Friday,*<br>*June 2.*</span>
STUART, J.—This cause, brought here on an agreed state
of facts, presents the same question decided in *Maize* v.
<span style="letter-spacing:1px">VOL. V.—13</span>

May Term,   *The State*, 4 Ind. R. 342.   For the reasons there given, the
1854.    same judgment follows.

*R. A. Riley, N. B. Taylor* and *J. Coburn*, for the state.

